IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PAUL M. HOOD, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. 3:21-cv-00127-CAR-CHW |
| VS. | : | |
| | : | |
| WALTON COUNTY DETENTION CENTER, | : | |
| | : | |
| | : | |
| Defendant | : | |

## ORDER

*Pro se* Plaintiff Paul M. Hood, an inmate at the Walton County Detention Center in Monroe, Georgia filed a document in the Northern District of Georgia that was docketed as a 42 U.S.C. § 1983 complaint.  ECF No. 1.  Plaintiff did not pay the filing fee or move to proceed *in forma pauperis* ("IFP").  Plaintiff's action was transferred to this Court.  ECF Nos. 2 and 3.

On November 23, 2021, Plaintiff was ordered to recast his complaint and to pay the filing fee or submit a motion to proceed *in forma pauperis*.  ECF No. 5.  Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action.  *Id*.  Plaintiff failed to respond.

Therefore, on December 17, 2021, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims.  ECF No. 7.  The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to

respond.  *Id*.  Plaintiff was given fourteen (14) days to respond and he failed to do so.

Additionally, mail sent to Plaintiff at the Walton County Detention Center has been returned to the Court.  ECF No. 6.  A search of the online roster of the Walton County Detention Center further indicates that the Plaintiff is no longer incarcerated at that facility. *See Walton County, Georgia Jail Current Inmate List w/ Details by Name Report Run on 01/04/22 at 11:00:01*, http://wcso.waltoncountyga.gov/jailroster.xml.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 4th day of January, 2022.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT